UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF NEW YORK 
KEISHA A. JONES, 
 Plaintiff, 
 22-CV-7243 (LTS) 
 -against- 
 ORDER 
CITY OF NEW YORK, ET AL., 
 Defendants. 
LAURA TAYLOR SWAIN, Chief United States District Judge: 
 Plaintiff brings this action pro se. By order dated October 17, 2022, and entered on 
October 20, 2022, the Court dismissed the complaint for failure to state a claim but granted 
Plaintiff 30 days’ leave to replead her claims under the Fair Housing Act and 42 U.S.C. § 1983. 
By order dated November 16, 2022, the Court granted Plaintiff’s request to have until December 
5, 2022, to file an amended complaint. (ECF 6). On December 7, 2022, Plaintiff filed a letter in 
which she asks the Court to extend the deadline to December 15, 2022, because she has been 
sick. (ECF 7.) 
 The Court grants Plaintiff’s request for an extension of time. Plaintiff must submit any 
amended complaint by December 15, 2022. If Plaintiff fails to comply within the time allowed, 
the Court will enter judgment consistent with its October 17, 2022, order of dismissal. 
 CONCLUSION 
 The Court grants Plaintiff’s request for an extension of time to file an amended 
complaint. Plaintiff must submit any amended complaint by December 15, 2022. 
 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would 
not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an 
appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant 
demonstrates good faith when he seeks review of a nonfrivolous issue). 
SO ORDERED. 
Dated: December 9, 2022 
 New York, New York 

 /s/ Laura Taylor Swain 
 LAURA TAYLOR SWAIN 
 Chief United States District Judge